No. 673. THE DEUTSCHE LEVANTE LINIE, ETC., PETITIONER, *v.* J. SAMUEL STEPHENSON ET AL.; No. 674. THE DEUTSCHE LEVANTE LINIE, ETC., PETITIONER, *v.* CONSTANTINE S. GALANOPULO; No. 675. THE DEUTSCHE LEVANTE LINIE, ETC., PETITIONER, *v.* THE HILLS BROTHERS COMPANY; No. 676. THE DEUTSCHE LEVANTE LINIE, ETC., PETITIONER, *v.* THE NATIONAL BOARD OF MARINE UNDERWRITERS; and No. 677. THE DEUTSCHE LEVANTE LINIE, ETC., PETITIONER, *v.* WILLIAM H. HARRIS. April 15, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* for petitioner. *Mr. Lawrence Kneeland* for respondents.

No. 689. CATHARINE J. WHITE, EXECUTRIX, ETC., PETITIONER, *v.* THE PENNSYLVANIA RAILROAD COMPANY; and No. 690. CATHARINE J. WHITE, EXECUTRIX, ETC., PETITIONER, *v.* THE STEAM FERRY BOAT PHILADELPHIA, ETC. April 15, 1907. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. Macklin* and *Mr. LaRoy S. Gove* for petitioner. *Mr. Henry Galbraith Ward* for respondents.